IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GWENN HALE,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **03-353-MJR** ) |
| **MICHELLE R. PULLEY, and ROSALINA GONZALES,** | ) ) ) |
| Defendants. | ) ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for Temporary Restraining Order. **(Doc. 22)**.

The motion relates to various difficulties allegedly encountered by plaintiff while he was housed in the health care unit at Lawrence Correctional Center. As plaintiff has now been moved to Hill Correctional Center, the motion must be denied. **See,** *Higgason v. Farley*, 83 F.3d 807, 811 (7th Cir. 1996).

Upon consideration and for good cause shown, plaintiff's Motion for Temporary Restraining Order **(Doc. 22)** is **DENIED.**

**IT IS SO ORDERED.**

**DATE: November 3, 2005.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**