IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GWENN HALE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **03-353-MJR** |
| | ) |
| **MICHELLE R. PULLEY, and** | ) |
| **ROSALINA GONZALES,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion Seeking Response from Defendant. **(Doc. 37)**.

Plaintiff asks the Court to require defendant Michelle Pulley to file a response to his

complaint.  However, defendant Pulley has not been served.  If fact, the U.S. Marshal reports

that, as of November, 2005, Pulley was serving in the military in the Middle East.  **See, Doc. 31.**

The Court cannot order a defendant who has not been served to file an answer.

Because plaintiff is proceeding in forma pauperis, he may rely on the Marshals Service to

to serve the defendants.  ***Antonelli v. Sheahan*, 81 F.3d 1422 (7ᵗʰ Cir.1996).  The Court directs**

**the Marshals Service to try again to serve defendant Michelle Pulley.**

Plaintiff's Motion Seeking Response from Defendant **(Doc. 37)** is **DENIED.**

**IT IS SO ORDERED**

**DATE: April 20, 2006.**

                    **s/ Clifford J. Proud___**
                    **CLIFFORD J. PROUD**
                    **UNITED STATES MAGISTRATE JUDGE**