IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GWENN HALE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **03-353-MJR** |
| | ) |
| **MICHELLE R. PULLEY, and** | ) |
| **ROSALINA GONZALES,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for Reconsideration of Motion for Appointment of Counsel. **(Doc. 41)**.

Both Judge Reagan and the undersigned have denied previous motions for the appointment of counsel. **See, Docs. 19 and 27.** The present motion for reconsideration does not contain any new or additional information that would warrant reconsideration.

In deciding a motion for appointment of counsel in a civil case, the Court must first consider the threshold issue of whether plaintiff has made "reasonable efforts to retain counsel" or whether he has been "effectively precluded" from making an effort to secure counsel on his own. *Jackson v. County of McLean*, **953 F.2d 1070, 1073 (7th Cir. 1992);** *Jackson*, **953 F.2d at 1073**. Although plaintiff states that he has tried to find an attorney, he has never made a showing that he has made a diligent attempt.

In any event, this Court has undertaken the analysis endorsed by the Seventh Circuit in *Farmer v. Haas,* **990 F.2d 319, 322 (7th Cir. 1993)** and *Greeno v. Daley*, **414 F.3d 645, 658 (7th Cir. 2005)**, that is, "given the difficulty of the case, did the plaintiff appear to be competent to

1

try it himself and, if not, would the presence of counsel have made a difference in the outcome?" The Court has determined that the appointment of counsel is not warranted here. Plaintiff has presented nothing to change that determination. Mr. Hale has filed six lawsuits in this District, counting this case. He appears to be "as competent as any average pro se litigant." ***Hudson v. McHugh***, **148 F.3d 859, 861, n.1 (7th Cir. 1998).**

For the foregoing reasons, plaintiff's Motion for Reconsideration of Motion for Appointment of Counsel **(Doc.41)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: May 4, 2006.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**